## HEILKER v HOTEL GIBSON CO et

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 9, 1934

Heilker & Heilker, Cincinnati, and Edward D. Doyle, for plaintiff in error.
Dolle, O'Donnell & Cash, Cincinnati, for defendants in error.

For full opinion see 2 OO 185; 49 Oh Ap 16.